_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-265 JLS (DFM)                                      Date:  June 10, 2015
Title:  John Carter Williams v. Enhanced Recovery Company, LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing June 12, 2015 is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | August 11, 2015 |
| Fact Discovery Cut-off: | April 19, 2016 |
| Last Day to Serve Initial Expert Reports: | May 3, 2016 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | May 3, 2016 |
| Last Day to Serve Rebuttal Expert Reports: | May 31, 2016 |
| Last Day to Conduct Settlement Proceedings: | June 21, 2016 |
| Expert Discovery Cut-off: | June 24, 2016 |
| Last Day to File *Daubert* Motions: | July 1, 2016 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | July 22, 2016 |
| Final Pretrial Conference (1:30 p.m.): | August 19, 2016 |

_____
**CIVIL MINUTES – GENERAL**                                                                        1

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-265 JLS (DFM)                                 Date:  June 10, 2015

Title:  John Carter Williams v. Enhanced Recovery Company, LLC

Exhibit Conference (3:30 p.m.):                                 September 9, 2016

Jury Trial (9:00 a.m.):                                         September 13, 2016

Trial Estimate:                                                 7–10 days


                                                     Initials of Preparer:  tg

_____