Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARTER WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>**ENHANCED RECOVERY COMPANY, LLC,**<br><br>Defendant. | Case No.: 8:15-cv-00265-JLS-DFM<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION** |

PLEASE TAKE NOTICE that Plaintiff hereby withdraws the Motion to Certify Class [Document 13] without prejudice.

Dated: February 5, 2016

By:/s/ Todd M. Friedman
Todd M. Friedman

- 1 -

**NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION**

1 Filed electronically on this 5th day of February, 2016, with:

2

3 United States District Court CM/ECF system

4 Notification sent electronically on this 5th day of February, 2016, to:

5

6 Honorable Josephine L. Staton
United States District Court
7 Central District of California

8 Larissa Nefulda
9 Lewis Brisbois Brisgaard & Smith, LLP
Attorneys for Defendant
10

11

12 s/Todd M. Friedman
Todd M. Friedman
13

- 2 -

**NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION**