**DENIED**

BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

March 31, 2016
JOSEPHINE L. STATON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARTER WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>　　　　Defendant. | CASE NO. 8:15-cv-00265-JLS-DFM<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO MODIFY SCHEDULE OF TRIAL AND PRETRIAL DATES**<br><br>Trial Date:　　September 13, 2016<br><br>[Hon. Josephine L. Staton] |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Court has received and reviewed the parties' Stipulation to Modify Schedule of Trial and Pretrial Dates. After full consideration, the Court hereby modifies its June 10, 2015 Order and adopts the dates proposed by the parties in the Stipulation.

OR

The Court hereby modifies its June 10, 2015 Order as follows:

1. Discovery Cut-off: July 19, 2016
2. Last Day to Serve Initial Expert Reports: August 3, 2016
3. Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): July 29, 2016

4. Last Day to Serve Rebuttal Expert Reports: August 30, 2016

5. Last Day to Conduct Settlement Proceedings: September 21, 2016

6. Expert Discovery Cut-Off: September 23, 2016

7. Last Day to File *Daubert* Motions: September 30, 2016

8. Last Day to File Motions in Limine (excluding *Daubert* motions): October 21, 2016

9. Final Pretrial Conference: November 18, 2016

10. Exhibit Conference: December 9, 2016

11. Jury Trial: December 13, 2016

**IT IS SO ORDERED.**

DATED:

---

The Honorable Josephine L. Staton
United States District Judge