UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 15-00265 JLS (DFMx)            Date: August 2, 2016

Title: John Carter Williams v. Enhanced Recovery Company, LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) SCHEDULING ORDER

      The Court has reviewed the parties' Amended Joint Case Management Conference Statement. (Doc. 28.) Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4).

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | September 13, 2016 |
| Fact Discovery Cut-off: | December 20, 2016 |
| Last Day to Serve Initial Expert Reports: | January 3, 2017 |
| Last Day to File Motion for Class Certification: | January 3, 2017 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | January 3, 2017 |
| Last Day to File Rebuttal Expert Reports: | January 31, 2017 |
| Last Day to Conduct Settlement Proceedings: | February 21, 2017 |
| Expert Discovery Cut-off: | February 24, 2017 |
| Last Day to File *Daubert* Motions: | March 3, 2017 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | March 24, 2017 |

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SACV 15-00265 JLS (DFMx) | Date: August 2, 2016 |
| Title: John Carter Williams v. Enhanced Recovery Company, LLC | |

| | |
|---|---|
| Final Pretrial Conference (1:30 p.m.): | April 21, 2017 |
| Exhibit Conference (3:30 p.m.): | May 12, 2017 |
| Jury Trial (9:00 a.m.): | May 16, 2017 |
| Trial Estimate: | 7-10 days |

Initials of Preparer: tg

_____