Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CARTER WILLIAMS,** individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> vs. <br><br> **ENHANCED RECOVERY COMPANY, LLC,** <br><br> Defendant. | Case No. 8:15-cv-00265-JLS-DFM <br><br> **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  This action has been consolidated into the matter of *Sherryl Medina, on behalf of herself, and all others similarly situated, et al. v. Enhanced Recovery Company LLC,* in the Southern District of Florida, Case no. 2:15-cv-14342-JEM, and shall be litigated under its jurisdiction.

While this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.  Each party shall bear their own

costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

      RESPECTFULLY SUBMITTED this 7th day of February, 2017.

              By:    <u>s/Todd M. Friedman</u>
                       Todd M. Friedman, Esq.
                       Law Offices of Todd M. Friedman, P.C.
                       Attorney for Plaintiff

              By:    <u>s/Larissa G. Nefulda</u>
                       LARISSA G. NEFULDA
                       Lewis Brisbois Bisgaard and Smith LLP
                       Attorney for Defendant

Filed electronically on this 7th day of February, 2017, with:

**United States District Court CM/ECF system**

Notification sent on this 7th day of February, 2017, via the ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

Larissa G Nefulda
Lewis Brisbois Bisgaard and Smith LLP

Stephen H Turner
Lewis Brisbois Bisgaard and Smith LLP


This 7th day of February, 2017.
By: s/Todd M. Friedman
      Todd M. Friedman